No. 84–5670.  PAUL v. CONTINENTAL GROUP, INC., ET AL. (two cases).  C. A. 2d Cir.  Certiorari denied.

No. 84–5673.  JACKSON v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 84–5676.  HALL v. MEDICAL COLLEGE OF OHIO AT TOLEDO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–5677.  CODY v. POOLE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–5678.  DYER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 84–5680.  JURGINS v. CALIGUIRI ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–5682.  HAYES v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–5684.  BOLES v. BAKER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–5685.  LAGRANGE v. BUTLER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–5688.  OBERSKI v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 84–5691.  RODRIGUEZ v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 84–5695.  GERSON v. BYRNE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 84–5701.  HENDRIX v. DUCKWORTH, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–5703.  WOOD v. ALLIS-CHALMERS CORP.  C. A. 3d Cir.  Certiorari denied.

No. 84–5704.  SMITH v. MISSISSIPPI.  Cir. Ct. Miss., Sunflower County.  Certiorari denied.